

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

1007 N. Orange Street, Suite 700　　(302) 573-6277
P.O. Box 2046　　　　　　　　　　　FAX (302) 573-6220
Wilmington, Delaware 19899-2046　　 TTY (302) 573-6274
　　　　　　　　　　　　　　　　　Toll Free (888) 293-8162

May 10, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
District of Delaware
J. Caleb Boggs Federal Building
Room 4124
Lockbox 27
Wilmington, DE 19801

　　Re:　United States ex rel. Gibbs v. United Student Funds, Civ. Act. No. 04-136 JJF

Dear Judge Farnan,

　　I am writing to you concerning this apparently abandoned *qui tam* action. The plaintiff, appearing *pro se*, filed this action pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729 et seq. against United Student Aid Funds, Inc. After review of the allegations, on May 12, 2004, the United States declined to intervene in the matter. On that same date, May 12, 2004, the Court ordered plaintiff to serve the complaint on defendant. Nothing seems to have occurred since then. Although a year has passed, the Court's docket does not reflect any service having been attempted or accomplished. Apparently, the plaintiff has abandoned this matter. Accordingly, it may be appropriate to dismiss the case for failure to serve within 120 days (Fed. R. Civ. P. 4 (m)) or for failure to prosecute (Fed. R. Civ. P. 41(b); D.Del. L.R. 41.1). If the Court chooses to dismiss this matter, the United States respectfully requests that it be dismissed without prejudice to the interests of the United States.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Colm F. Connolly
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　*[signature]*
　　　　　　　　　　　　　　　　　　　　Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　Civil Chief
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　Kipp R. Gibbs
　　　P.O. Box 42
　　　Osterville, MA 02655