IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KIPP R. GIBBS, USA,                      :
                                         :
        Plaintiffs,                      :
                                         :
    v.                                   : Civil Action No. 04-136-JJF
                                         :
UNITED STUDENT AID FUNDS, INC.,          :
                                         :
        Defendant.                       :

                        O R D E R

        WHEREAS, the above-captioned case was filed on May 12,

2004;

        WHEREAS, one (1) year has passed since the filing of

this action without an attempt of service upon the defendant;

        WHEREAS, it appears this matter has been abandoned and

should be dismissed for lack of prosecution pursuant to Federal

Rule of Civil Procedure 41(b);

        NOW THEREFORE, IT IS HEREBY ORDERED that the above-

captioned action is **DISMISSED without prejudice**.  The parties may

seek leave to reopen this action by filing a motion for

reconsideration no later than May 31, 2005.  Said motion shall

set forth the reasons why this action has not been prosecuted.


May 17, 2005
_____                    _____
     DATE                            UNITED STATES DISTRICT JUDGE